EXHIBIT 1



FILED
2020 MAR 13 PM 2:37

## *Certificate of Canadian Citizenship* / *Certificat de Citoyenneté canadienne*

The Minister of Immigration, Refugees and Citizenship hereby certifies and declares that / Le ministre de l'Immigration, Réfugiés et Citoyenneté certifie et déclare par la présente que

**GONZALO CASTILLO TERRERO**

is a Canadian citizen and, as such, is entitled to all the rights and privileges and bears all the responsibilities, obligations and duties of a Canadian subject. / est citoyen/ne canadien/ne et, à ce titre, jouit de tous les droits et privilèges d'un sujet canadien et assume l'ensemble des responsabilités, obligations et devoirs qui lui incombent.



1999/12/01

Effective / En vigueur

Minister of Immigration, Refugees and Citizenship
Ministre de l'Immigration, Réfugiés et Citoyenneté

|  OATH OF CITIZENSHIP | SERMENT DE CITOYENNETÉ |
|---|---|
| I swear (or affirm) | Je jure (ou j'affirme solennellement) |
| That I will be faithful | Que je serai fidèle |
| And bear true allegiance | Et porterai sincère allégeance |
| To Her Majesty Queen Elizabeth the Second | À Sa Majesté la reine Elizabeth Deux |
| Queen of Canada | Reine du Canada |
| Her Heirs and Successors | À ses héritiers et successeurs |
| And that I will faithfully observe | Que j'observerai fidèlement les lois du Canada |
| The laws of Canada | Et que je remplirai loyalement |
| And fulfil my duties as a Canadian citizen. | Mes obligations de citoyen canadien. |

This certificate is evidence that the person named hereon is a Canadian citizen.

Le présent certificat atteste que la personne ci-nommée est un/e citoyen/ne canadien/ne.

## DESCRIPTION - SIGNALEMENT

Certificate no.:
N° de certificat : ████████

UCI:
IUC : ████████

Family name:
Nom de famille : CASTILLO TERRERO

Given name(s):
Prénom(s) : GONZALO

Date of birth (yyyy/mm/dd):
Date de naissance (aaaa/mm/jj) : 1960/11/20

Sex:
Sexe : MALE

Effective date of citizenship (yyyy/mm/dd):
Date d'entrée en vigueur de la citoyenneté
(aaaa/mm/jj) :  1999/12/01

Certificate no.:
N° de certificat :  ████████

Date of birth:
Date de naissance : ████████

Note: Please do not laminate this document.

Note : Veuillez ne pas laminer ce document.

# Decree No15 on Lebanese Nationality
# 19 January 1925

**Amended by**
Regulation N°160 dated 16 / 07 / 1934
Regulation N°122 L . R . dated 19 / 06 / 1939
Law of 11 / 1 / 1960

General Saray , High Commissioner of the Republic of France to the countries of Syria , Greater Lebanon , the Alaouite and the Druzes'Djebel ;

Acting upon :

Decree dated 23 November 1920 ;

Regulation N°2825 dated 20 August 1924 ;

The proposal of the Secretary General ;

Decrees as follows :

## Article 1

Is considered Lebanese:

- Every person born of a Lebanese father.
- Every person born in the Greater Lebanon territory and did not acquire a foreign nationality, upon birth, by affiliation.
- Every person born in the Greater Lebanon territory of unknown parents or parents of unknown nationality.

## Article 2

The illegitimate child whose nationality has not been established during his minority shall have the Lebanese nationality if one of his parents in respect of whom affiliation is first established and if the proof of affiliation regarding both the father and the mother results from a single contract or judgment, the child shall acquire the nationality of the father should the latter be Lebanese.

## Article 3

Conditions of the Lebanese Nationality through Naturalization:

*The text of Article 3 was abrogated by article one of regulation 122 L . R . dated on 19/06/1939 provided that such an abrogation shall enter into effect as of the date of implementation of the law issued on 27 May 1939 on obtaining the Lebanese nationality through naturalization by publishing it in the official gazette.However, the law promulgated on 27 May 1939 was annulled by virtue of legislative decree no 48 dated on 31/05/1940 and as a result thereof the text of Article 3 of Order 15, 1925 stipulating the following shall be implemented again:*

A natural person may acquire the Lebanese nationality by virtue of an order issued by the Head of the State after fulfilling the following and submitting a request in this regard:

- A foreigner who proves having been living in the Lebanese territories for five consecutive years.
- A foreigner who marries a Lebanese woman and has been living in the Lebanese territories for one consecutive year as of the date of this marriage.
- A foreigner who offers to Lebanon highly significant services. However, he shall be granted the nationality under an order for independent reasons.

*The following paragraph was added to Article 3 by virtue of Order 160 dated on 16/07/1934:*

The services of effective services mission in the private armies may be taken into consideration if performed for two years or more.

## Article 4

No. 10837052

Name: REYNA, Yolanda

residing at 200 W. 95 St., NY, NY

Date of birth Aug. 25, 1926. Date of order of admission Jan. 17, 1979

Date certificate issued Jan. 17, 1979 by the

U. S. District Court at New York City, New York

Petition No. 863376 Alien Registration No. A8 786 007

*Yolanda Reyna*
(COMPLETE AND TRUE SIGNATURE OF HOLDER)

New York State, Passenger and Crew Lists, 1917-1967 for Leonel A R ...
A3993 (New York, 1957-1967) > 773

| Surname | Given Name | Passport Number |
|---|---|---|
| FERNANDEZ | LEONEL A.R. | 174005 |

| Nationality (Citizenship) | Birthplace | Birthdate |
|---|---|---|
| DOMINICANO | STO DOMINGO | 26-DIC-1953 |

United States Address
270 W 95th ST APT 1 New York 25 N.Y.

Permanent Address
NEW YORK

Visa Issued At
Santo Domingo

Date Visa Issued
13 Aug 1962

Vessel Name or Airline and Flight No. of Arrival
610 VA

Passenger Boarded At
STO DOMINGO

Form I-94 A (Rev .. 7-1-57)
ARRIVAL - DEPARTURE RECORD

IMM. & NATZ. SERVICE
NEW YORK, N.Y. 102
ADMITTED
SEP 13 1962

CLASS
TO

ANY HANDWRITTEN ENTRIES MUST BE IN BLOCK CAPITAL LETTERS

3/11/2020 Case 5:20-cv-00099-JSM-PRL Document 1 Filed 03/13/20 Page 95 of 7 PageID 32 EXHIBIT 6

U.S. Naturalization Records Indexes, 1794-1995
New York > Eastern District of New York > Fenske, Helen, to Fischelow, Nachum

Save

Name.................. FERNANDEZ Antonio Jose  No. 7600172

residing at.................. 98-26 64th Ave Rego Park, N.Y.

Date of birth 6-4-1915 .................. Date of order of admission 5-29-56

Date certificate issued.................. May 29th 1956

.......... U.S. District .......... Court at .......... Brooklyn, New York .......... by the

Petition No. √√/√√/

Alien Registration No. 7 364 055

*[signature: Antonio Jose ...]*

EXHIBIT 7

ANY HANDWRITTEN ENTRIES MUST BE IN
BLOCK CAPITAL LETTERS

| | |
|---|---|
| Surname | REYNA Romero, |
| Given Name | Yolanda America |
| Initial Passport Number | A 8786007 |
| Birthdate | Aug 25/26 |
| Nationality (Citizenship) | Dominican |
| Birthplace | Ciudad Trujillo, RD |
| United States Address | 162 W 96 St., New York |
| Permanent Address | |
| Visa Issued At | |
| Date Visa Issued | |
| Vessel Name or Airline & Flight No. of Arrival | PAA-216 |
| Address Enroute At | Ciudad Trujillo, R.D. |

500

IMM & NAT
NEW YORK N.Y.
ADMITTED
MAR 15 1958

CLASS
JO    ARC

Form I-94 A (Rev. 7-1-57)